IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| SUN VALLEY TRANSPORTATION LLC, et al<br>    Plaintiffs,<br><br>v.<br><br>CITIZENS BANK,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:10-cv-569<br>Chief Judge Crenshaw/Frensley |

## REPORT AND RECOMMENDATION

Pending before the Court is a motion filed by Sun Valley Transportation, LLC for sanctions under Rule 11 of the Federal Rules of Civil Procedure . Docket No. 40. The Movant has also filed a memorandum of law in support of the motion. Docket No. 41. The Defendant has filed a response in opposition (Docket No. 42) and the movant has filed a reply (Docket No. 43).

The argument set forth in the motion for sanctions is essentially verbatim the argument set forth in the motion to overturn prior judgment and corrected motion to overturn prior judgment. Docket Nos. 33 and 35. The Court has entered a report and recommendation recommending that those motions be denied on the grounds that the movant has failed to prove by clear and convincing evidence a fraud to justify the extraordinary relief under Rule 60(d)(3) of the Federal Rules of Civil Procedure. Docket No. 48. For the reasons set forth in the Report and Recommendation on the motion and corrected motion to overturn the judgment which are incorporated as if set forth fully herein, the Court finds that there are no grounds for sanctions and that the motion should be **DENIED**.

For the reasons set forth herein, the undersigned recommends that the motion for Rule 11 sanctions (Docket No. 40) be **DENIED**.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days

from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days from receipt of any objections filed in this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn,* 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

**JEFFERY S. FRENSLEY**
**U. S. Magistrate Judge**